# **<u>APPENDIX B</u>**

**FILED UNDER SEAL**