# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| PIONEERRX, LLC, | CIVIL ACTION NO.: 5:21-cv-01738 |
| Plaintiff, | |
| v. | CHIEF JUDGE S. MAURICE HICKS, JR. |
| DANWINS, LLC, SPENCERPORT FAMILY APOTHECARY, LLC, AND DRX SOFTWARE, LLC, | MAGISTRATE JUDGE MARK L. HORNSBY |
| Defendants. | JURY TRIAL DEMAND |

## PIONEERRX'S MOTION TO COMPEL
## COMPLIANCE WITH THE COURT'S ORDER (DKT. 204)

PioneerRx, LLC ("PioneerRx") respectfully moves to compel DRX Software, LLC ("DRX") to comply with the Court's Order (Dkt. 204 at 3) to provide a complete response to PioneerRx's Request for Production No. 24. Specifically, PioneerRx seeks an order that DRX produce its source code within seven days, and provide a sworn verification with that production that all versions of the source code have been produced. PioneerRx also requests that the Court enter any further just orders the Court deems necessary to ensure compliance with the production deadline.

Dated: June 3, 2024

/s/ Scott L. Zimmer
Scott L. Zimmer (La. Bar. No. 26151)
KEAN MILLER LLP
333 Texas Street Suite 450
Shreveport, LA 71101
Tel: (318) 562-2700
Fax: (318) 562-2751
scott.zimmer@keanmiller.com

1

James R. Chastain, Jr. (La. Bar No. 19518)
KEAN MILLER LLP
400 Convention Street, Suite 700
Baton Rouge, LA 70802
Tel: (225) 387-0999
Fax: (225) 388-9133
sonny.chastain@keanmiller.com

Michael W. De Vries *(pro hac vice)*
KIRKLAND & ELLIS LLP
555 S. Flower St.
Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
michael.devries@kirkland.com

Adam R. Alper *(pro hac vice)*
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500
aalper@kirkland.com

Gianni Cutri *(pro hac vice)*
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
gianni.cutri@kirkland.com

***ATTORNEYS FOR PIONEERRX, LLC***

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

| | |
|---|---|
| Dated: June 3, 2024 | */s/ Scott L. Zimmer*<br>Scott L. Zimmer (La. Bar. No. 26151)<br>KEAN MILLER LLP<br>333 Texas Street Suite 450<br>Shreveport, LA 71101<br>Tel: (318) 562-2700<br>Fax: (318) 562-2751<br>scott.zimmer@keanmiller.com<br><br>James R. Chastain, Jr. (La. Bar No. 19518)<br>KEAN MILLER LLP<br>400 Convention Street, Suite 700<br>Baton Rouge, LA 70802<br>Tel: (225) 387-0999<br>Fax: (225) 388-9133<br>sonny.chastain@keanmiller.com<br><br>***ATTORNEYS FOR PIONEERRX, LLC*** |