**UNTIED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| PIONEERRX, LLC | CIVIL ACTION NO. 21-1738 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DANWINS, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is a Magistrate Appeal (Record Document 205) filed by Defendants DRX Software, LLC ("DRX"), Danwins, LLC ("Danwins"), and Spencerport Family Apothecary, LLC ("Spencerport") (collectively, "Defendants"). Defendants object to and appeal portions of the Magistrate Judge's Memorandum Order (Record Document 204) dated February 14, 2024, granting in part and denying in part Defendants' Motions to Compel (Record Document 71, 181, 185) and denying Defendants' Motion to Stay (Record Document 107). Plaintiff PioneerRX, LLC ("PioneerRX"), filed an opposition to the appeal. See Record Document 217. Defendants replied. See Record Document 225.

A magistrate judge's non-dispositive pretrial order is reviewable under the clearly erroneous and contrary to law standard. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Following a review of the record, the Court finds that the Magistrate Judge's Memorandum Order is neither clearly erroneous nor contrary to the law.[1]

---

[1] Even if the Court were to apply the *de novo* review standard, the Court would reach the same decision.

Accordingly,

The Memorandum Order (Record Document 204) is **AFFIRMED**, and Plaintiff's appeal (Record Document 205) is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 29th day of August, 2024.

S. MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT